IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, FOLKSTON ICE PROCESSING CENTER, et al.,<br><br>    Respondents. | CIVIL ACTION NO.: 5:25-cv-176 |

**O R D E R**

The Court conducted an informal telephonic conference with the parties on December 9, 2025.  During the conference, Warden-Respondent's counsel asked for 14 days to file a motion to dismiss.  The Court **GRANTED** Respondent's request.  Respondent shall file any desired motion to dismiss **on or before December 23, 2025**.  Petitioner shall have **up to and including January 6, 2026**, to file any desired response to the motion to dismiss.

**SO ORDERED**, this 18th day of December, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA