# In the United States District Court for the Southern District of Georgia Waycross Division

JOHN DOE,

Petitioner,

v.

WARDEN, FOLKSTON ICE PROCESSING CENTER,

Respondent.

5:25-cv-176

**ORDER**

The Magistrate Judge issued a Report and Recommendation for the Court to deny in part Respondent's Motion to Dismiss and grant in part Petitioner John Doe's ("Doe") 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. Dkt. No. 23. Neither party filed Objections to this Report and Recommendation, and the time to do so has elapsed.

Thus, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DENY** the portion of Respondent's Motion to Dismiss concerning 8 U.S.C. § 1231(a)(6), **GRANT in part** Doe's Petition, and **DIRECT** the Clerk of Court to **CLOSE** this case and

enter the appropriate judgment of dismissal. The Court **ORDERS** Respondent or other Immigration and Customs Enforcement ("ICE") officials to release Doe from ICE custody within seven (7) days of this Order.

**SO ORDERED**, this 21 day of September, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA